IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DURANGO DIVISION

| | |
|---|---|
| STEVEN DANIEL FELIX ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 1:22-cv-02667 |
| ) | |
| JACKSON INVESTMENT ) | |
| PROPERTIES, INC. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, STEVEN DANIEL FELIX Plaintiff and JACKSON INVESTMENT PROPERTIES, INC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   November 22, 2022   FOR STEVEN DANIEL FELIX, Plaintiff

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: November 22, 2022   FOR JACKSON INVESTMENT PROPERTIES, INC, Defendant

BY: **_/S/   A. Michael Chapman_**
A. Michael Chapman
NEWBOLD CHAPMAN & GEYER, PC
150 East 9th Street, Suite 400
Durango, CO 81301
(970) 247-3091 – Office
(970) 247-3100 – Fax
Colorado Bar No. 19513